Doc. Number Case Number
070          02-C-0391-C
United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz

Filed/Received
06/04/2003 02:42:18 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN.

BRUNO INDEPENDENT LIVING AIDS, INC.

        Plaintiff,

      v.

ACORN MOBILITY SERVICES LTD. and
ACORN STAIRLIFTS, INC.,

        Defendants.

Case No. 02 C 0391 C

## ACORN'S NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES

PLEASE TAKE NOTICE that Defendants Acorn Mobility Services Ltd. and Acorn Stairlifts, Inc. hereby move this Court for an award of attorney fees under 35 U.S.C. § 285 and 15 U.S.C. § 1117. The grounds for this motion are set forth and supported in the accompanying Acorn's Memorandum In Support Of Its Motion For Attorney Fees, the Declaration of Michael E. Florey, the Declaration of Michael Mahoney, the arguments of counsel, and all the papers and proceedings in this matter.

Acorn further moves for an oral hearing on this motion on a date to be set by the Court in the courtroom of the Honorable Barbara B. Crabb located at United States District Court for the Western District of Wisconsin.

Dated: June 3, 2003                   FISH & RICHARDSON P.C., P.A.

                                      By: _____
                                          Michael E. Florey (#214322)
                                          Chad A. Hanson (#0285924)
                                          William R. Woodford (#0322593)
                                          FISH & RICHARDSON P.C., P.A.
                                          3300 Dain Rauscher Plaza
                                          60 South Sixth Street
                                          Minneapolis, MN 55402
                                          Tel: (612) 335-5070

                                      Attorneys for Defendants
                                      ACORN MOBILITY SERVICES, LTD. AND
                                      ACORN STAIRLIFTS, INC.